UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JADA NOONE, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-2024 |
| v. | : | (MANNION, D.J.) |
| SCOTT HAWLEY and MICHAEL ADAMS | : | |
| | : | |
| Defendants | | |

## ORDER

In accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Noone's motion *in limine* to prelude Defendants from calling witnesses and using or offering exhibits into evidence, (Doc. 32), is **DENIED**; and

**(2)** Noone's motion *in limine* to preclude evidence of Noone's association with Miller, (Doc. 34), is **GRANTED in part** and **DENIED in part** as follows:

   **a.** The motion is **GRANTED** insofar as Defendants will be precluded from introducing evidence of Noone's ownership of the vehicle;

- 2 -

    **b.** The motion is **DENIED** insofar as Defendants will be permitted to introduce evidence of Noone's association with Miller.

                                 s/ *Malachy E. Mannion*
                                 **MALACHY E. MANNION**
                                 **United States District Judge**

**DATE: March 1, 2021**
**18-2024-01-Order**